**Opinion issued February 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-23-00049-CR**
_____

**IN RE DEANDRE DEBOEST, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, DeAndre DeBoest, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court issue a writ of mandamus directing the trial court to "[a]cknowledge [his] [r]equest [t]o [h]ave [w]ritten [r]uling[s] [m]ade on ALL [m]otions [he] [f]iled still pending before the [trial court]." According to his petition, this includes the following motions and pleadings: "Waiver of Counsel to Proceed Pro Se, Motion Requesting an Examining

Trial, Habeas Corpus for Excessive Bail, and [t]he Speedy Trial Motion . . . Motion to Suppress (Warrantless Seizure)."[1]

Our review of DeBoest's mandamus petition reflects that DeBoest has failed to establish that he is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).  Accordingly, we deny DeBoest's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]     The underlying case is *DeAndre DeBoest v. The State of Texas*, Cause No. 1792110, in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill presiding.